

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| ALEX CENICEROS, | § | No. 08-22-00156-CR |
| Appellant, | § | Appeal from the |
| v. | § | 171st District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20170D03795) |
| | § | |

# **O R D E R**

The Court GRANTS Christina A. Bohren's request for an extension of time within which to file the Reporter's Record until **January 31, 2023.**  NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Christina A. Bohren, Court Reporter for the 171st District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before January 31, 2023.

IT IS SO ORDERED this 17th day of January, 2023.

PER CURIAM

Before Rodriguez, C.J., Palafox and Soto, JJ.